UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| NAU COUNTRY INSURANCE COMPANY ) | |
| Plaintiff, ) | |
| v. ) | **JUDGMENT** |
| ) | No. 5:22-CV-269-FL |
| SHEILA DAVIS WILLIAMS ) | |
| Defendant. ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge on the clerk's deficiency notices and subsequent failure to provide proof of service on defendant.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered February 27, 2023 and for the reasons set forth more specifically therein, this case is dismissed WITHOUT PREJUDICE for plaintiff's failure to prosecute.

**This Judgment Filed and Entered on February 27, 2023, and Copies To:**
Noelle Kathleen Demeny (via CM/ECF Notice of Electronic Notification)

February 27, 2023        PETER A. MOORE, JR. CLERK
                          /s/ Sandra K. Collins
                         (By) Sandra K. Collins, Deputy Clerk